UNITED STATES DISTRICT COURT
WESTERN DISTRTICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| ROBERT GUILLORY, Individually And On Behalf Of All Others Similarly Situated | * * * * | CIVIL ACTION NO. 6:19-cv-01298-MJJ-PJH |
| | * | JUDGE MICHAEL J. JUNEAU |
| V. | * * | |
| MACRO COMPANIES, INC. OF DELAWARE d/b/a MACRO OIL COMPANY, INC. | * * * | MAGISTRATE JUDGE PATRICK J. HANNA |

******************************************************************************

**ORDER**

CONSIDERING the Joint Motion for Approval of Confidential Settlement Agreement and Release and having reviewed the civil record of these proceedings, the submissions of the parties, the Motion and the specific terms of the proposed Agreement and finding there to be a bona fide dispute of FLSA claims upon which a fair and reasonable resolution has been reached and further finding there to be good cause for the granting of the Motion:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Joint Motion for Approval of Confidential Settlement Agreement and Release be and is hereby granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court approves all terms and conditions as set forth in the Confidential Settlement Agreement and Release which has been filed in the Civil Record under seal and said Agreement shall remain under seal.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that once resolution is effectuated, the parties shall file a Motion to Dismiss with Prejudice and proposed Final Judgment.

THUS DONE AND SIGNED on this __18th__ day of __March__, 2021 in Lafayette, Louisiana.

_____
HONORABLE PATRICK J. HANNA
United States Magistrate Judge