UNITED STATES DISTRICT COURT
WESTERN DISTRTICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| ROBERT GUILLORY, Individually And On Behalf Of All Others Similarly Situated | * * * * | CIVIL ACTION NO. 6:19-cv-01298-MJJ-PJH |
| | * | JUDGE MICHAEL J. JUNEAU |
| V. | * * | |
| MACRO COMPANIES, INC. OF DELAWARE d/b/a MACRO OIL COMPANY, INC. | * * * | MAGISTRATE JUDGE PATRICK J. HANNA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

Considering the Plaintiffs' Unopposed Motion to Dismiss With Prejudice submitted in the above-captioned lawsuit, the civil record of this lawsuit and the prior proceedings in this matter:

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs' Unopposed Motion to Dismiss With Prejudice be and is hereby granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the above-captioned lawsuit and all claims asserted by Robert Guillory and the Opt-In Plaintiffs up to December 31, 2017 therein against "Macro Companies, Inc. of Delaware d/b/a Macro Oil Company, Inc.," whose correct entity name is Macro Companies, Inc. of Delaware be and are hereby dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the parties shall bear their/its own respective costs including court costs, attorney's fees and expenses.

THUS DONE AND SIGNED at Lafayette, Louisiana on this 16th day of April, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE